UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GERARDO RIVAS,                    )    NO. CV 07-06520-MAN
                                  )
              Plaintiff,          )
                                  )    JUDGMENT
        v.                        )
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social Security,  )
                                  )
              Defendant.          )
_____)

        Pursuant to the Court's Memorandum Opinion and Order,

        IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.


DATED: March 13, 2009

                                    _____/s/_____
                                         MARGARET A. NAGLE
                                    UNITED STATES MAGISTRATE JUDGE