Suzanne C. Leidner, Esq.  (CSB #090387)
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA  90027
Tel. 323 664-5670/Fax:  323 662-0840
Email:   SCLeidner@sbcglobal.net

Counsel for Plaintiff Gerardo Rivas

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO RIVAS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  CV 07 06520  MAN<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under EAJA in the amount FOUR THOUSAND FIVE HUNDRED DOLLARS and 00/cents ($4,500.00), as authorized by 28 U.S.C. §2412(d), and subject to the terms of the above-referenced Stipulation.

Dated: June 17, 2009

_____/s/_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE